## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| WILLIAM GRAULICH, IV, | : | |
| Petitioner, | : | Civ. No. 14-2572 (RBK) |
| v. | : | |
| UNITED STATES OF AMERICA, | : | **MEMORANDUM AND ORDER** |
| Respondent. | : | |

Petitioner is proceeding through counsel with an amended motion to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255. Previously, this Court denied three of the five claims petitioner raised in his amended § 2255 motion. (*See* Dkt. Nos. 30 & 31) However, this Court determined that an evidentiary hearing was appropriate on petitioner's claim that his defense counsel verbally threatened him to plead guilty ("Claim IV"). Furthermore, this Court decided that it would hear oral argument on petitioner's claim that corporate counsel colluded with defense counsel ("Claim III"). This Court construed Claim III as petitioner's attempt to raise a conflict of interest ineffective assistance of counsel claim.

A hearing on these two remaining claims is currently scheduled for March 3, 2017. Upon further review, this Court will permit an evidentiary hearing on Claim III as well at the March 3, 2017 hearing.

Accordingly, IT IS this  24th  day of February, 2017,

ORDERED that an evidentiary hearing on Claim III shall be permitted at the March 3, 2017 hearing.

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge